IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Willie James Stephenson, Jr., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv397 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz filed on December 4, 2015 (Doc. 32), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 21, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is AFFIRMED.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.


       s/Susan J. Dlott            
Judge Susan J. Dlott
United States District Court